Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAY AREA PAINTERS AND TAPERS PENSION TRUST FUND, et al., | Case No.: C10-4805 SBA |
| Plaintiffs, | **NOTICE OF VOLUNTARY DISMISSAL** |
| v. | |
| WILLIAMSON ROOFING, INC. *dba* WILLIAMSON CONSTRUCTION GROUP, a Nevada Corporation, and SANDRA GALLARDO, an individual, | |
| Defendants. | |

PLEASE TAKE NOTICE that pursuant to F.R.C.P. Rule 41(a)(1), Plaintiffs BAY AREA PAINTERS AND TAPERS PENSION TRUST FUND, et al., voluntarily dismiss, without prejudice, their claim against Defendants WILLIAMSON ROOFING, INC. dba WILLIAMSON CONSTRUCTION GROUP, a Nevada Corporation, and SANDRA GALLARDO, an individual. Defendants have neither served Answers nor moved for Summary Judgment, and Plaintiffs have not previously filed or dismissed any similar action against Defendants.

///

///

///

///

///

1

P:\CLIENTS\PATCL\Williamson Construction Group\Pleadings\C10-4805 SBA - Ntc of Dismissal 080811.doc

1    I declare under penalty of perjury that I am the attorney for the Plaintiffs in the above

2    entitled action, and that the foregoing is true of my own knowledge.

3    Executed this 8th day of August, 2011, at San Francisco, California.

4                                        SALTZMAN & JOHNSON
                                         LAW CORPORATION

5

6                          By:    _____/S/_____
                                         Muriel B. Kaplan
7                                        Attorneys for Plaintiffs

8    IT IS SO ORDERED.

9    This case is dismissed without prejudice and all Court hearings and deadlines are hereby

10   vacated.

11   Date: _8/11/11_____    _____
                                 UNITED STATES DISTRICT COURT
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF VOLUNTARY DISMISSAL
Case No. C10-4805 SBA

P:\CLIENTS\PATCL\Williamson Construction Group\Pleadings\C10-4805 SBA - Ntc of Dismissal 080811.doc

## PROOF OF SERVICE

I, the undersigned, declare:

1.      I am a citizen of the United States and am employed in the County of San Francisco, State of California.  My business address is 44 Montgomery Street, Suite 2110, San Francisco, California 94104.

2.      I am over the age of eighteen and not a party to this action.

3.      On **August 8, 2011**, I served the following document(s):

### NOTICE OF VOLUNTARY DISMISSAL

on the interested parties in said action by enclosing a true and exact copy of each document in a sealed envelope and placing the envelope for collection and mailing following our ordinary business practices.  I am readily familiar with this business's practice for collecting and processing correspondence for mailing.  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

4.      The envelope was addressed and mailed as follows:

Williamson Roofing, Inc.
*dba* Williamson Construction Group
c/o Cameron Sidney Evans, RMO
5627 E. Kings Canyon Rd. #102-156
Fresno, CA  93727

Sandra Gallardo
1166 King Street
Parlier, CA  93648

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on **August 8, 2011**, at San Francisco, California.

_____/S/_____
Elise Thurman
Paralegal